# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTIAN STEPHON MILES,
     Appellant,
   vs.
THE STATE OF NEVADA,
     Respondent.

No. 80963

FILED

APR 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court; Mary Kay Holthus, District Judge.

In response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant indicates that he does not oppose dismissal in light of his pending appeal from the judgment of conviction. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]The motion to consolidate this appeal with the appeal in Docket No. 79554 is denied as moot.

20-15741

cc: Mary Kay Holthus, District Judge
Mario D. Valencia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk